FILED
CLERK, U.S. DISTRICT COURT

OCT 24 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARRYL SCOTT CHATMAN,                )   No. CV 11-6123 DSF (FFM)
                                     )
            Plaintiff,               )   ORDER TO SHOW CAUSE
                                     )
     v.                              )
                                     )
LONG BEACH POLICE OFFICERS,          )
et al.,                              )
            Defendants.              )
                                     )
_____)

On September 9, 2011, this Court ordered plaintiff to file his First Amended Complaint on or before October 10, 2011. As of this date, plaintiff has not complied with this Court's order.

IT THEREFORE IS ORDERED that, on or before November 23, 2011, petitioner shall either file a second amended complaint or show cause in writing, if any he has, why this case should not be dismissed for failure to prosecute. A failure to comply with this order will be interpreted as consent to the dismissal of the action.

DATED: October 24, 2011

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge