UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL CHATMAN, | No. CV 11-6123 DSF (FFM) |
| Plaintiff, | |
| v. | JUDGMENT |
| LONG BEACH POLICE OFFICERS, etc., et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: 7/23/12

DALE S. FISCHER
United States District Judge