UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL CHATMAN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LONG BEACH POLICE OFFICERS, etc., et al.,<br><br>　　　　　　Defendants. | No. CV 11-6123 DSF (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED:  7/23/12

　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　United States District Judge